UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

V.                          CASE NO. 00-6207-CR-DIMITROULEAS

JOHN LEITI

TYPE OF CASE:                    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.              COURTROOM 203E
FT. LAUDERDALE, FL 33301          DATE & TIME:
                                  **SEPTEMBER 29, 2000 AT 11:45 A.M.**

TYPE OF         CHANGE OF PLEA
HEARING:

                                  CLARENCE MADDOX,
                                  CLERK OF COURT

DATE: September 20, 2000          BY DEPUTY CLERK

cc:  Robert Nicholson, AUSA
     Robert Targ, Esq.