****Leave at top of calender

DEFT: John Leiti (surrender)    CASE NO: 00-6207-CR-Dimitrouleas
AUSA: Bob Nicholson  present    ATTNY: Robert Targ  perm
AGENT: _____    VIOL: _____
PROCEEDING: Initial Appearance    BOND REC: PSB

BOND HEARING HELD – yes/no    COUNSEL APPOINTED: ___
___ BOND SET @ $25,000 PSB    [SEP 29 '00 stamp]

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

***Plea set for 11:45 this morning

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. in Atlanta, GA
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ~~South Florida~~ ~~Georgia~~ United States for business purposes
12) ___ Halfway House
    Electronic Monitoring

Reside at current address no illegal drugs or excessive alcohol

– Advised of charges
– Waives indictment

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ___

DATE: 9-29-00    TIME: 11:00am    TAPE # 00-075   PG # 3
150-470