AO 455 (REV. 5/85) Waiver of Indictment

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

John Leiti

/

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6207

RECEIVED & FILED IN OPEN COURT
on 9-29-00 AT
F.A.
Clarence Maddox
Under Clerk U.S. Clerk
Southern District of Florida

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

I, John Leiti, the above named defendant, who is accused of conspiracy to defraud a department

and agency of the United States, in violation of Title 18, United States Code, Section 286, being

advised of the nature of the charge, the proposed information, and of my rights, hereby waive in

open court on _9/29/00_ prosecution by indictment and consent that the proceeding may

be by information rather than by indictment.

John Leiti
Defendant

Robert Targ
Counsel for Defendant

Before _____ 9/29/00
UNITED STATES MAGISTRATE JUDGE