UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6207-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

John Leiti

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   9-29-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: See bond

                     Telephone:

DEFENSE COUNSEL:     Name: Robert Targ

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ 25,000 PSB

Bond hearing held: yes X ___ no ___ Bond hearing set for _____

Dated this 29 day of September, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-075

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

