## CRIMINAL MINUTES

FILED by _____ D.C.
SEP 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6207-Cr-WPD   DATE: September 29, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Jan Keiti

UNITED STATES OF AMERICA   VS.

U.S. ATTORNEY: Robert Nicholson   DEFT. COUNSEL: Robert Targ

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to enter Guilty plea. Court accepts Guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 12/8/00   TIME: 2:00   FOR: Sentencing

MISC: Written plea agreement filed. Stipulated Facts Filed