UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55476-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR _____
                       ) REPORT COMMENCING CRIMINAL
    -vs-          )         ACTION

JOHN PAUL LEITI
_____
             Defendant
**************************************************
TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
**************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A". SELF SURR

(1) Date and Time of Arrest: 9-29-00    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FRAUD MEDICARE

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 9-21-55

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 9-29-00   (9) Arresting Officer: _____

(10) Agency: USMS     (11) Phone: _____

(12) Comments: _____