UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 00-6207-CR-DIMITROULEAS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN LEITI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### AGREED MOTION FOR ORDER
### DIRECTING U.S. PROBATION OFFICE
### NOT TO INQUIRE AS TO DEFENDANT'S
### CURRENT EMPLOYMENT

COMES NOW **JOHN LEITI**, defendant in the above-styled cause, by and through his undersigned attorney and pursuant to the applicable Federal Rules of Criminal Procedure respectfully moves this Honorable Court to enter an Order directing the U.S. Probation Office not to inquire as to said defendant's current employment, and in support thereof states as follows:

1. On September 29, 2000, the defendant, John Leiti, entered a plea of guilty in this matter; and the Court scheduled sentencing for December 8, 2000. The Court further ordered a presentence investigation.

2. As part of the routine presentence investigation, the U.S. Probation Office will ordinarily inquire as to the defendant's current employment. The defendant, John Leiti, is currently employed at Price Waterhouse Coopers in Atlanta, Georgia, as a manager. Any inquiry by U.S. Probation at Price Waterhouse Coopers will very likely result in defendant



losing his job immediately. The U.S. Probation Office in Fort Lauderdale advised the undersigned counsel that the instant motion should be filed if the defendant does not want his employer to be contacted for employment verification purposes.

3. Because the defendant is responsible for the support of his family, the loss of his job would be devastating. Also, continued employment will enable the defendant to timely pay whatever fine and/or restitution that may be ordered by the Court. Accordingly, the defendant respectfully requests that the Court enter an Order directing the U.S. Probation Office not to inquire as to the defendant's current employment.

4. The undersigned counsel for defendant has discussed the instant motion with AUSA Robert Nicholson who stated that the government has no objection in these regards and that he agreed with this motion.

WHEREFORE the defendant, John Leiti, respectfully moves this Honorable Court to enter an Order directing the U.S. Probation Office not to inquire as to the defendant's current employment, and grant such other and further relief as the Court shall deem appropriate.

Respectfully submitted,

By: _____
ROBERT I. TARG
ROBERT I. TARG, P.A.
7600 Red Road, Suite 200
So. Miami, FL 33143
Tel: (305) 661-1984
Fax: (305) 661-1384
Fla. Bar No. 272299

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing AGREED MOTION FOR ORDER DIRECTING U.S. PROBATION OFFICE NOT TO INQUIRE AS TO DEFENDANT'S CURRENT EMPLOYMENT was served by United States mail this __2__ day of __October__, 2000 to AUSA ROBERT NICHOLSON, United States Attorney's Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394.

ROBERT I. TARG

3