UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6207-CR-DIMITROULEAS

    Plaintiff,

vs.

JOHN LEITI,

    Defendant.
_____/

FILED by _____ D.C.
OCT 0 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

THIS CAUSE having come on to be heard upon the Agreed Motion of Defendant John Leiti For An Order Directing U.S. Probation Office Not To Inquire As To Defendant's Current Employment [DE-26], and the Court being duly advised in the premises, it is

ORDERED AND ADJUDGED that said motion is hereby DENIED; it is up to the Probation Office as to whether to inquire as to the current employment of defendant John Leiti.

DONE AND ORDERED in Chambers at Broward County, Florida, this ____ day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert I. Targ, Esquire
Robert N. Nicholson, AUSA
Ms. Frances Weisberg, USPO

