UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

    V.                        CASE NO. 00-6207-CR-DIMITROULEAS

JOHN LEITI

---

TYPE OF CASE:                CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.           COURTROOM 203E
FT. LAUDERDALE, FL 33301       DATE & TIME:
                                          **December 15, 2000 AT 2:00 P.M.**
                                          **(Previously set for December 8, 2000 at 2:00 )**

---

TYPE OF HEARING:      SENTENCING

                                          CLARENCE MADDOX,
                                          CLERK OF COURT

DATE: November 24, 2000            BY DEPUTY CLERK

cc:    Robert Nicholson, AUSA
       Robert Targ, Esq.
       United States Probation Office