RNN/m



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6207-CR-DIMITROULEAS

UNITED STATES OF AMERICA, )
                            )
-vs-                        )
                            )
JOHN LEITI,              )
                            )
       Defendant.     )
_____/



## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, through the undersigned Assistant United States Attorney,

files this Unopposed Motion To Continue Sentencing, and in support thereof states as follows:

1. The sentencing hearing in this case was originally set for December 8, 2000.

2. On November 24, 2000, the court reset the sentencing for December 15, 2000, at 2:00

p.m.

3. The undersigned was previously scheduled to be before the Honorable Daniel T.K. Hurley

for sentencing in the case of United States v. Mendoza, 00-6138-Cr-Hurley, on December 15, 2000,

at 2:00 p.m.



4. Based upon this conflict, the undersigned respectfully requests the court reset the sentencing in this case. Counsel for defendant Leiti, Robert Targ, Esq., has no opposition to the granting of this motion.

GUY A. LEWIS
ACTING UNITED STATES ATTORNEY

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered the 30th day of November, 2000, by U.S. Mail to:

Mr. Robert Targ, Esq.
7600 Red Road
Suite 200
South Miami, FL 33143

Michael J. Rosen, Esq.
2400 South Dixie Highway
Suite 105
Miami, FL 33133

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY