UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6207-CR-DIMITROULEAS

Plaintiff,

vs.

JOHN LEITI,

Defendant.
_____/

## ORDER GRANTING IN PART
## MOTION FOR CONTINUANCE OF SENTENCING

THIS CAUSE having come before this Court on Government's November 30, 2000

Unopposed Motion To Continue Sentencing [DE-33], and the Court noting that no proposed

order, as required by Local Rule 7.1A2 was provided, nevertheless, it is

ORDERED AND ADJUDGED that the Government's motion is hereby GRANTED in

part. Sentencing is reset to 11:00 A.M. on December 15, 2000.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida, this

____ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Targ, Esquire
7600 Red Road, Suite 200
South Miami, FL 33143

Michael J. Rosen, Esquire
2400 South Dixie Highway
Suite #105
Miami, FL 33133



Robert N. Nicholson, AUSA

United States Probation Office