UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6207-CR-DIMITROULEAS

Magistrate Judge Snow

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOHN LEITI,

    Defendant.
_____/

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Section 5K1.1 of the Federal Sentencing Guidelines, the United States of America moves for a reduction of JOHN LEITI's (hereinafter the defendant) sentence, based on the substantial assistance he has provided to the Government. The defendant has provided substantial assistance in the investigation and prosecution of others involved in criminal conduct. As grounds for the motion, the United States submits the following:

1. On September 29, 2000, the defendant plead guilty to the one count Information.

2. The defendant had been cooperating with investigators for some time previously, and has provided information regarding the conduct of others under investigation and others now charged. The information provided by the defendant has been substantial to the success of the investigation and prosecution of those individuals.



3. The defendant was prepared to testify at trial against co-defendant Bradley Hertz. However, Hertz recently pleaded guilty, due in part, no doubt, to the fact that defendant Leiti was prepared to testify against him.

4. The Court will be apprized of the full nature and extent of the defendant's substantial assistance at the hearing scheduled for December 15, 2000.

WHEREFORE, the United States respectfully requests that this Court reduce John Leiti's sentence based on the substantial assistance he has provided in the investigation and prosecution of others.

                                      Respectfully submitted,

                                      GUY A. LEWIS
                                      UNITED STATES ATTORNEY

By: _____
        ROBERT N. NICHOLSON
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 933996
        500 E. Broward Blvd., Ste. 700
        Fort Lauderdale, Florida 33394
        PHONE (954) 356-7255
        FAX# (954) 356-7228

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th

day of December, 2000 to:

Mr. Robert Targ, Esq.
7600 Red Road
Suite 200
South Miami, FL 33143

Michael J. Rosen, Esq.
2400 South Dixie Highway
Suite 105
Miami, FL 33133

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY