## CRIMINAL MINUTES

FILED _____ D.C.

DEC 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6207-Cr-WPD    DATE: December 15, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Frances    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    John Leiti

U.S. ATTORNEY: Robert Nicholson    DEFT. COUNSEL: Robert Targ

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed;
5 years Probation, 50 hours of Community Service
per year, $130,000 Restitution (Jt + Several liability)
1st payment not due until after co-dft's Sentencing
$20,000 Fine. $15K due today & remaining 5K
due over period of probation. $100 Assessment

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: 5K motion filed + granted
Dft Informed of Right to Appeal