UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6207-CR-DIMITROULEAS

    Plaintiff,

vs.

JOHN LEITI,

    Defendant.
_____/

## ORDER DEFERRING RULING

THIS CAUSE having come on to be heard upon the Defendant's January 29, 2004 Unopposed Motion For Early Termination of Probation [DE-55], and the Court being duly advised, it is

ORDERED AND ADJUDGED that the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of January, 2004.

                              WILLIAM P. DIMITROULEAS
                              United States District Judge

Copies furnished to:

Robert I. Targ, Esquire
Robert Nicholson, AUSA
Kevin Thomas, USPO

