UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6207-Cr-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JOHN LEITI, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S RESPONSE TO DEFENDANT LEITI'S MOTION FOR EARLY TERMINATION OF PROBATION

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its response to defendant Leiti's motion for early termination of probation, and states as follows:

Defendant Leiti has filed a motion seeking early termination of his probation. The defendant has successfully completed three years of his five year term of probation. The undersigned contacted the defendant's probation officer who stated that he saw the defendant as an appropriate candidate for early termination. Based upon the recommendation of the probation



office, the United States does not oppose the requested early termination of the defendant's term of probation.

                                      Respectfully submitted,

                                      MARCOS DANIEL JIMENEZ
                                      UNITED STATES ATTORNEY

By: _____
      ROBERT N. NICHOLSON
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 933996
      500 E. Broward Blvd., Ste. 700
      Fort Lauderdale, Florida 33394
      PHONE (954) 356-7255
      FAX# (954) 356-7228

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6th day of February, 2004 to:

Mr. Robert Targ
7600 Red Road, Suite 200
So. Miami, FL 33143

_____
ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY