UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6207-CR-DIMITROULEAS

    Plaintiff,

vs.

JOHN LEITI,

    Defendant.
_____/

## ORDER

THIS CAUSE having come on to be heard upon the Defendant's January 29, 2004 Unopposed Motion for Early Termination of Probation [DE-55], and the Court having considered the Government's February 9, 2004 Response, it is hereby

ORDERED AND ADJUDGED that the Motion for Early Termination of Probation [DE-55] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10 day of February, 2004.

                    WILLIAM P. DIMITROULEAS
                    United States District Judge

Copies furnished to:

Robert I. Targ, Esquire
Robert Nicholson, AUSA
Kevin Thomas, USPO

